# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT JOHN NOWAK,
               Appellant,

vs.

TIMOTHY FILSON, WARDEN,
               Respondent.

No. 76862

**FILED**

OCT 24 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on August 30, 2018. Rather, the district court granted appellant's motion for an extension of time to respond to the state's answer to the petition. Thus, this appeal is premature. *See* NRS 177.015(3). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
      Pickering

_____ J.
      Gibbons

_____, J.
      Hardesty

18-41808

cc: Hon. Steve L. Dobrescu, District Judge
Brent John Nowak
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk

